## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| BURGERFI INTERNATIONAL, INC., | Case No. 24-12017 (CTG) |
| Debtor. | |
| Tax ID No.: 82-2418815 | |
| In re: | Chapter 11 |
| BURGERFI INTERNATIONAL, LLC, | Case No. 24-12018 (CTG) |
| Debtor. | |
| Tax ID No.: 46-0953478 | |
| In re: | Chapter 11 |
| BURGERFI IP, LLC, | Case No. 24-12019 (CTG) |
| Debtor. | |
| Tax ID No.: 85-3284434 | |
| In re: | Chapter 11 |
| BF RESTAURANT MANAGEMENT, LLC, | Case No. 24-12020 (CTG) |
| Debtor. | |
| Tax ID No.: 36-4832933 | |

| | |
|---|---|
| In re: | Chapter 11 |
| HOT AIR, INC., | Case No. 24-12021 (CTG) |
| Debtor. | |
| Tax ID No.: 47-5596389 | |
| In re: | Chapter 11 |
| PLASTIC TRIPOD, INC., | Case No. 24-12022 (CTG) |
| Debtor. | |
| Tax ID No.: 47-5609452 | |
| In re: | Chapter 11 |
| ACFP MANAGEMENT, INC., | Case No. 24-12023 (CTG) |
| Debtor. | |
| Tax ID No.: 45-4066305 | |
| In re: | Chapter 11 |
| ANTHONY'S PIZZA HOLDING COMPANY, LLC, | Case No. 24-12024 (CTG) |
| Debtor. | |
| Tax ID No.: 20-1394718 | |
| In re: | Chapter 11 |
| ACFP BOCA MGT, LLC, | Case No. 24-12106 (CTG) |
| Debtor. | |
| Tax ID No.:47-1140845 | |

| | |
|---|---|
| In re:<br><br>ACFP/NYNJ VENTURES, LLC,<br><br>        Debtor.<br><br>Tax ID No.: 27-1516247 | Chapter 11<br><br>Case No. 24-12077 (CTG) |
| In re:<br><br>ANTHONY'S COAL FIRED PIZZA OF ALTAMONTE SPRINGS, LLC,<br><br>        Debtor.<br><br>Tax ID No.: 46-1942391 | Chapter 11<br><br>Case No. 24-12099 (CTG) |
| In re:<br><br>ANTHONY'S COAL FIRED PIZZA OF AVENTURA, LLC,<br><br>        Debtor.<br><br>Tax ID No.: 20-3455387 | Chapter 11<br><br>Case No. 24-12120 (CTG) |
| In re:<br><br>ANTHONY'S COAL FIRED PIZZA OF BETHESDA, LLC,<br><br>        Debtor.<br><br>Tax ID No.: 83-4507856 | Chapter 11<br><br>Case No. 24-12111 (CTG) |

| | |
|---|---|
| In re:<br><br>ANTHONY'S COAL FIRED PIZZA OF BLUE BELL, LLC,<br><br>       Debtor.<br><br>Tax ID No.: 47-4123290 | Chapter 11<br><br>Case No. 24-12091 (CTG) |
| In re:<br><br>ANTHONY'S COAL FIRED PIZZA OF BOCA RATON, LLC,<br><br>       Debtor.<br><br>Tax ID No.: 20-8026193 | Chapter 11<br><br>Case No. 24-12123 (CTG) |
| In re:<br><br>ANTHONY'S COAL FIRED PIZZA OF BOHEMIA, LLC,<br><br>       Debtor.<br><br>Tax ID No.: 46-1926175 | Chapter 11<br><br>Case No. 24-12079 (CTG) |
| In re:<br><br>ANTHONY'S COAL FIRED PIZZA OF BRANDON, LLC,<br><br>       Debtor.<br><br>Tax ID No.: 26-4027222 | Chapter 11<br><br>Case No. 24-12095 (CTG) |

| | |
|---|---|
| In re: | Chapter 11 |
| ANTHONY'S COAL FIRED PIZZA OF CARLE PLACE, LLC, | Case No. 24-12067 (CTG) |
| Debtor. | |
| Tax ID No.: 27-1516288 | |
| In re: | Chapter 11 |
| ANTHONY'S COAL FIRED PIZZA OF CLEARWATER, LLC, | Case No. 24-12090 (CTG) |
| Debtor. | |
| Tax ID No.: 26-4137629 | |
| In re: | Chapter 11 |
| ANTHONY'S COAL FIRED PIZZA OF CLIFTON, LLC, | Case No. 24-12121 (CTG) |
| Debtor. | |
| Tax ID No.: 27-4732272 | |
| In re: | Chapter 11 |
| ANTHONY'S COAL FIRED PIZZA OF COMMACK, LLC, | Case No. 24-12064 (CTG) |
| Debtor. | |
| Tax ID No.: 45-3774292 | |

| | |
|---|---|
| In re:<br><br>ANTHONY'S COAL FIRED PIZZA OF CORAL GABLES, LLC,<br><br>    Debtor.<br><br>Tax ID No.: 45-3959882 | Chapter 11<br><br>Case No. 24-12130 (CTG) |
| In re:<br><br>ANTHONY'S COAL FIRED PIZZA OF CORAL SPRINGS, LLC,<br><br>    Debtor.<br><br>Tax ID No.: 20-8596384 | Chapter 11<br><br>Case No. 24-12126 (CTG) |
| In re:<br><br>ANTHONY'S COAL FIRED PIZZA OF CRANBERRY, LLC,<br><br>    Debtor.<br><br>Tax ID No.: 46-0974651 | Chapter 11<br><br>Case No. 24-12048 (CTG) |
| In re:<br><br>ANTHONY'S COAL FIRED PIZZA OF CRANSTON, LLC,<br><br>    Debtor.<br><br>Tax ID No.: 81-2883582 | Chapter 11<br><br>Case No. 24-12097 (CTG) |

| | |
|---|---|
| In re: | Chapter 11 |
| ANTHONY'S COAL FIRED PIZZA OF DELRAY BEACH, LLC, | Case No. 24-12114 (CTG) |
| Debtor. | |
| Tax ID No.: 87-0792162 | |

| | |
|---|---|
| In re: | Chapter 11 |
| ANTHONY'S COAL FIRED PIZZA OF DORAL, LLC, | Case No. 24-12043 (CTG) |
| Debtor. | |
| Tax ID No.: 26-3570752 | |

| | |
|---|---|
| In re: | Chapter 11 |
| ANTHONY'S COAL FIRED PIZZA OF EAST BOCA, LLC, | Case No. 24-12103 (CTG) |
| Debtor. | |
| Tax ID No.: 47-1128350 | |

| | |
|---|---|
| In re: | Chapter 11 |
| ANTHONY'S COAL FIRED PIZZA OF EDISON, LLC, | Case No. 24-12122 (CTG) |
| Debtor. | |
| Tax ID No.: 27-2388884 | |

| | |
|---|---|
| In re: | Chapter 11 |
| ANTHONY'S COAL FIRED PIZZA OF EXTON, LLC, | Case No. 24-12062 (CTG) |
| Debtor. | |
| Tax ID No.: 46-1969327 | |
| In re: | Chapter 11 |
| ANTHONY'S COAL FIRED PIZZA OF FAIR LAWN, LLC, | Case No. 24-12050 (CTG) |
| Debtor. | |
| Tax ID No.: 46-2185237 | |
| In re: | Chapter 11 |
| ANTHONY'S COAL FIRED PIZZA OF HORSHAM, LLC, | Case No. 24-12066 (CTG) |
| Debtor. | |
| Tax ID No.: 27-0701366 | |
| In re: | Chapter 11 |
| ANTHONY'S COAL FIRED PIZZA OF KENDALL, LLC, | Case No. 24-12080 (CTG) |
| Debtor. | |
| Tax ID No.: 27-1297269 | |

| | |
|---|---|
| In re:<br><br>ANTHONY'S COAL FIRED PIZZA OF LITTLETON, LLC,<br><br>               Debtor.<br><br>Tax ID No.: 47-5513524 | Chapter 11<br><br>Case No. 24-12116 (CTG) |
| In re:<br><br>ANTHONY'S COAL FIRED PIZZA OF LIVINGSTON, LLC,<br><br>               Debtor.<br><br>Tax ID No.: 46-4546606 | Chapter 11<br><br>Case No. 24-12124 (CTG) |
| In re:<br><br>ANTHONY'S COAL FIRED PIZZA OF MARLBORO, LLC,<br><br>               Debtor.<br><br>Tax ID No.: 47-2070554 | Chapter 11<br><br>Case No. 24-12052 (CTG) |
| In re:<br><br>ANTHONY'S COAL FIRED PIZZA OF MCMURRAY, LLC,<br><br>               Debtor.<br><br>Tax ID No.: 46-1963000 | Chapter 11<br><br>Case No. 24-12055 (CTG) |

| | |
|---|---|
| In re: | Chapter 11 |
| ANTHONY'S COAL FIRED PIZZA OF MIAMI LAKES, LLC, | Case No. 24-12072 (CTG) |
| Debtor. | |
| Tax ID No.: 26-4594950 | |
| In re: | Chapter 11 |
| ANTHONY'S COAL FIRED PIZZA OF MIRAMAR, LLC, | Case No. 2412113 (CTG) |
| Debtor. | |
| Tax ID No.: 47-3895218 | |
| In re: | Chapter 11 |
| ANTHONY'S COAL-FIRED PIZZA OF MONROEVILLE, LLC, | Case No. 24-12081 (CTG) |
| Debtor. | |
| Tax ID No.: 27-4557328 | |
| In re: | Chapter 11 |
| ANTHONY'S COAL FIRED PIZZA OF MOUNT LAUREL, LLC, | Case No. 24-12054 (CTG) |
| Debtor. | |
| Tax ID No.: 47-4770727 | |

| | |
|---|---|
| In re: | Chapter 11 |
| ANTHONY'S COAL FIRED PIZZA OF NATICK, LLC, | Case No. 24-12102 (CTG) |
| Debtor. | |
| Tax ID No.: 82-1565656 | |
| In re: | Chapter 11 |
| ANTHONY'S COAL FIRED PIZZA OF NORTH LAUDERDALE, LLC, | Case No. 24-12109 (CTG) |
| Debtor. | |
| Tax ID No.: 47-1329159 | |
| In re: | Chapter 11 |
| ANTHONY'S COAL FIRED PIZZA OF NORTH MIAMI, LLC, | Case No. 24-12112 (CTG) |
| Debtor. | |
| Tax ID No.: 47-2677481 | |
| In re: | Chapter 11 |
| ANTHONY'S COAL FIRED PIZZA OF NORTH TAMPA, LLC, | Case No. 24-12086 (CTG) |
| Debtor. | |
| Tax ID No.: 26-3287139 | |

| | |
|---|---|
| In re: | Chapter 11 |
| ANTHONY'S COAL FIRED PIZZA OF PALM BEACH GARDENS, LLC, | Case No. 24-12129 (CTG) |
| Debtor. | |
| Tax ID No.: 20-8026150 | |

| | |
|---|---|
| In re: | Chapter 11 |
| ANTHONY'S COAL FIRED PIZZA OF PEMBROKE PINES, LLC, | Case No. 24-12127 (CTG) |
| Debtor. | |
| Tax ID No.: 20-1247511 | |

| | |
|---|---|
| In re: | Chapter 11 |
| ANTHONY'S COAL FIRED PIZZA OF PIKE CREEK, LLC, | Case No. 24-12115 (CTG) |
| Debtor. | |
| Tax ID No.: 27-3527832 | |

| | |
|---|---|
| In re: | Chapter 11 |
| ANTHONY'S COAL FIRED PIZZA OF PINECREST, LLC, | Case No. 24-12046 (CTG) |
| Debtor. | |
| Tax ID No.: 26-3537186 | |

| | |
|---|---|
| In re: | Chapter 11 |
| ANTHONY'S COAL FIRED PIZZA OF PLANTATION, LLC, | Case No. 24-12132 (CTG) |
| Debtor. | |
| Tax ID No.: 20-4488438 | |
| In re: | Chapter 11 |
| ANTHONY'S COAL FIRED PIZZA OF RAMSEY, LLC, | Case No. 24-12125 (CTG) |
| Debtor. | |
| Tax ID No.: 27-2303567 | |
| In re: | Chapter 11 |
| ANTHONY'S COAL FIRED PIZZA OF READING, LLC, | Case No. 24-12119 (CTG) |
| Debtor. | |
| Tax ID No.: 47-3330663 | |
| In re: | Chapter 11 |
| ANTHONY'S COAL FIRED PIZZA OF SAND LAKE, LLC, | Case No. 24-12092 (CTG) |
| Debtor. | |
| Tax ID No.: 26-4097230 | |

| | |
|---|---|
| In re: | Chapter 11 |
| ANTHONY'S COAL-FIRED PIZZA OF SETTLER'S RIDGE, LLC, | Case No. 24-12083 (CTG) |
| Debtor. | |
| Tax ID No.: 27-4557334 | |

| | |
|---|---|
| In re: | Chapter 11 |
| ANTHONY'S COAL FIRED PIZZA OF SOUTH TAMPA, LLC, | Case No. 24-12040 (CTG) |
| Debtor. | |
| Tax ID No.: 45-2492495 | |

| | |
|---|---|
| In re: | Chapter 11 |
| ANTHONY'S COAL FIRED PIZZA OF SPRINGFIELD, LLC, | Case No. 24-12059 (CTG) |
| Debtor. | |
| Tax ID No.: 84-3790170 | |

| | |
|---|---|
| In re: | Chapter 11 |
| ANTHONY'S COAL FIRED PIZZA OF STUART, LLC, | Case No. 24-12128 (CTG) |
| Debtor. | |
| Tax ID No.: 26-3039884 | |

| | |
|---|---|
| In re: | Chapter 11 |
| ANTHONY'S COAL FIRED PIZZA OF TREXLERTOWN, LLC, | Case No. 24-12088 (CTG) |
| Debtor. | |
| Tax ID No.: 47-3819614 | |
| In re: | Chapter 11 |
| ANTHONY'S COAL FIRED PIZZA OF WANTAGH, LLC, | Case No. 24-12074 (CTG) |
| Debtor. | |
| Tax ID No.:45-4681073 | |
| In re: | Chapter 11 |
| ANTHONY'S COAL FIRED PIZZA OF WAYNE NJ, LLC, | Case No. 24-12051 (CTG) |
| Debtor. | |
| Tax ID No.: 46-3164099 | |
| In re: | Chapter 11 |
| ANTHONY'S COAL FIRED PIZZA OF WAYNE, LLC, | Case No. 24-12069 (CTG) |
| Debtor. | |
| Tax ID No.: 27-1293655 | |

| | |
|---|---|
| In re: | Chapter 11 |
| ANTHONY'S COAL FIRED PIZZA OF WELLINGTON, LLC, | Case No. 24-12061 (CTG) |
| Debtor. | |
| Tax ID No.: 26-3035608 | |
| In re: | Chapter 11 |
| ANTHONY'S COAL FIRED PIZZA OF WEST PALM BEACH, LLC, | Case No. 24-12108 (CTG) |
| Debtor. | |
| Tax ID No.: 84-2173426 | |
| In re: | Chapter 11 |
| ANTHONY'S COAL FIRED PIZZA OF WESTON, LLC, | Case No. 24-12135 (CTG) |
| Debtor. | |
| Tax ID No.: 20-1371497 | |
| In re: | Chapter 11 |
| ANTHONY'S COAL FIRED PIZZA OF WESTWOOD, LLC, | Case No. 24-12118 (CTG) |
| Debtor. | |
| Tax ID No.: 46-5429147 | |

16

| | |
|---|---|
| In re: | Chapter 11 |
| ANTHONY'S COAL FIRED PIZZA OF WILMINGTON, LLC, | Case No. 24-12117 (CTG) |
| Debtor. | |
| Tax ID No.: 26-4741197 | |
| In re: | Chapter 11 |
| ANTHONY'S COAL FIRED PIZZA OF WOODBURY, LLC, | Case No. 24-12070 (CTG) |
| Debtor. | |
| Tax ID No.: 27-4857767 | |
| In re: | Chapter 11 |
| ANTHONY'S COAL FIRED PIZZA OF WYNNEWOOD, LLC, | Case No. 24-12084 (CTG) |
| Debtor. | |
| Tax ID No.: 47-3790206 | |
| In re: | Chapter 11 |
| ANTHONY'S COAL FIRED PIZZA OF WYOMISSING, LLC, | Case No. 24-12075 (CTG) |
| Debtor. | |
| Tax ID No.: 46-2010365 | |

| | |
|---|---|
| In re: | Chapter 11 |
| ANTHONY'S COAL FIRED PIZZA, LLC, | Case No. 24-12133 (CTG) |
| Debtor. | |
| Tax ID No.: 60-0000840 | |

| | |
|---|---|
| In re: | Chapter 11 |
| ANTHONY'S SPORTS BAR AND GRILL, LLC, | Case No. 24-12134 (CTG) |
| Debtor. | |
| Tax ID No.: 20-4488523 | |

| | |
|---|---|
| In re: | Chapter 11 |
| BF ALTAMONTE SPRINGS, LLC, | Case No. 24-12036 (CTG) |
| Debtor. | |
| Tax ID No.: 46-1942391 | |

| | |
|---|---|
| In re: | Chapter 11 |
| BF ATLANTA-PERIMETER MARKETPLACE, LLC, | Case No. 24-12098 (CTG) |
| Debtor. | |
| Tax ID No.: 86-1448563 | |

| | |
|---|---|
| In re: | Chapter 11 |
| BF BOCA RATON, LLC, | Case No. 24-12096 (CTG) |
| Debtor. | |
| Tax ID No.: 84-2144364 | |

| | |
|---|---|
| In re: | Chapter 11 |
| BF BOCA RATON-BOCA POINTE, LLC, | Case No. 24-12094 (CTG) |
| Debtor. | |
| Tax ID No.: 84-4685740 | |

| | |
|---|---|
| In re: | Chapter 11 |
| BF CITY PLACE – WEST PALM BEACH, LLC, | Case No. 24-12044 (CTG) |
| Debtor. | |
| Tax ID No.: 46-2624391 | |

| | |
|---|---|
| In re: | Chapter 11 |
| BF COMMACK, LLC, | Case No. 24-12057 (CTG) |
| Debtor. | |
| Tax ID No.:47-5655911 | |

| | |
|---|---|
| In re: | Chapter 11 |
| BF CORAL SPRINGS, LLC, | Case No. 24-12038 (CTG) |
| Debtor. | |
| Tax ID No.: 46-2017126 | |

| | |
|---|---|
| In re: | Chapter 11 |
| BF DANIA BEACH, LLC, | Case No. 24-12089 (CTG) |
| Debtor. | |
| Tax ID No.: 83-3401264 | |

| | |
|---|---|
| In re: | Chapter 11 |
| BF DELRAY-LINTON, LLC, | Case No. 24-12085 (CTG) |
| Debtor. | |
| Tax ID No.: 82-3327699 | |

| | |
|---|---|
| In re: | Chapter 11 |
| BF FOOD TRUCK, LLC, | Case No. 24-12060 (CTG) |
| Debtor. | |
| Tax ID No.: 85-4271362 | |

| | |
|---|---|
| In re: | Chapter 11 |
| BF FORT MYERS-DANIELS, LLC, | Case No. 24-12093 (CTG) |
| Debtor. | |
| Tax ID No.: 84-2108168 | |

| | |
|---|---|
| In re: | Chapter 11 |
| BF HALLANDALE BEACH, LLC, | Case No. 24-12100 (CTG) |
| Debtor. | |
| Tax ID No.: 93-3630479 | |

| | |
|---|---|
| In re: | Chapter 11 |
| BF HENDERSONVILLE, LLC, | Case No. 24-12041 (CTG) |
| Debtor. | |
| Tax ID No.: 86-2876589 | |

| | |
|---|---|
| In re: | Chapter 11 |
| BF HERMITAGE, LLC, | Case No. 24-12042 (CTG) |
| Debtor. | |
| Tax ID No.: 87-3206617 | |

| | |
|---|---|
| In re: | Chapter 11 |
| BF JACKSONVILLE RIVERSIDE, LLC, | Case No. 24-12082 (CTG) |
| Debtor. | |
| Tax ID No.: 82-4869837 | |

| | |
|---|---|
| In re: | Chapter 11 |
| BF JACKSONVILLE TOWN CENTER, LLC, | Case No. 24-12078 (CTG) |
| Debtor. | |
| Tax ID No.: 82-4851902 | |

| | |
|---|---|
| In re: | Chapter 11 |
| BF JUPITER-INDIANTOWN, LLC, | Case No. 24-12105 (CTG) |
| Debtor. | |
| Tax ID No.: 85-2319458 | |

| | |
|---|---|
| In re: | Chapter 11 |
| BF LBTS, LLC, | Case No. 24-12071 (CTG) |
| Debtor. | |
| Tax ID No.: 61-1788597 | |

| | |
|---|---|
| In re: | Chapter 11 |
| BF MIAMI BEACH-COLLINS, LLC, | Case No. 24-12101 (CTG) |
| Debtor. | |
| Tax ID No.: 93-3629314 | |

| | |
|---|---|
| In re: | Chapter 11 |
| BF MIAMI BEACH-MERIDIAN, LLC, | Case No. 24-12029 (CTG) |
| Debtor. | |
| Tax ID No.: 85-4350042 | |

| | |
|---|---|
| In re: | Chapter 11 |
| BF MIAMI LAKES, LLC, | Case No. 24- 12030 (CTG) |
| Debtor. | |
| Tax ID No.: 24-4594950 | |

| | |
|---|---|
| In re: | Chapter 11 |
| BF MIRAMAR, LLC, | Case No. 24-12031 (CTG) |
| Debtor. | |
| Tax ID No.: 85-1551242 | |

| | |
|---|---|
| In re: | Chapter 11 |
| BF NAPLES IMMOKALEE, LLC, | Case No. 24-12047 (CTG) |
| Debtor. | |
| Tax ID No.: 83-3202908 | |

| | |
|---|---|
| In re: | Chapter 11 |
| BF NAPLES TAMIAMI, LLC, | Case No. 24-12049 (CTG) |
| Debtor. | |
| Tax ID No.: 83-3185611 | |

| | |
|---|---|
| In re: | Chapter 11 |
| BF NEPTUNE BEACH, LLC, | Case No. 24-12110 (CTG) |
| Debtor. | |
| Tax ID No.: 85-3575388 | |

| | |
|---|---|
| In re: | Chapter 11 |
| BF NY 82, LLC, | Case No. 24-12058 (CTG) |
| Debtor. | |
| Tax ID No.: 46-1216193 | |

| | |
|---|---|
| In re: | Chapter 11 |
| BF ODESSA, LLC, | Case No. 24-12032 (CTG) |
| Debtor. | |
| Tax ID No.:86-1244281 | |

| | |
|---|---|
| In re: | Chapter 11 |
| BF ORLANDO-DR. PHILLIPS, LLC, | Case No. 24-12028 (CTG) |
| Debtor. | |
| Tax ID No.: 86-1179684 | |

| | |
|---|---|
| In re: | Chapter 11 |
| BF PBG, LLC, | Case No. 24-12104 (CTG) |
| Debtor. | |
| Tax ID No.: 84-4449124 | |

| | |
|---|---|
| In re: | Chapter 11 |
| BF PEMBROKE PINES, LLC, | Case No. 24-12073 (CTG) |
| Debtor. | |
| Tax ID No.: 46-4442822 | |

| | |
|---|---|
| In re: | Chapter 11 |
| BF PINES CITY CENTER, LLC, | Case No. 24-12087 (CTG) |
| Debtor. | |
| Tax ID No.: 81-4957933 | |

| | |
|---|---|
| In re: | Chapter 11 |
| BF SECAUCUS, LLC, | Case No. 24-12056 (CTG) |
| Debtor. | |
| Tax ID No.: 47-5586858 | |

| | |
|---|---|
| In re: | Chapter 11 |
| BF TALLAHASSEE VARSITY, LLC, | Case No. 24-12039 (CTG) |
| Debtor. | |
| Tax ID No.: 87-1912536 | |

| | |
|---|---|
| In re: | Chapter 11 |
| BF TAMPA BAY, LLC, | Case No. 24-12034 (CTG) |
| Debtor. | |
| Tax ID No.: 86-2101656 | |
| In re: | Chapter 11 |
| BF TAMPA-CHANNELSIDE, LLC, | Case No. 24-12035 (CTG) |
| Debtor. | |
| Tax ID No.: 86-1591211 | |
| In re: | Chapter 11 |
| BF TAMPA-WESTCHASE, LLC, | Case No. 24-12037 (CTG) |
| Debtor. | |
| Tax ID No.: 86-2847832 | |
| In re: | Chapter 11 |
| BF WELLINGTON, LLC, | Case No. 24-12107 (CTG) |
| Debtor. | |
| Tax ID No.: 85-311022 | |
| In re: | Chapter 11 |
| BF WEST DELRAY, LLC, | Case No. 24-12068 (CTG) |
| Debtor. | |
| Tax ID No.: 47-5139965 | |

| | |
|---|---|
| In re: | Chapter 11 |
| BGM PEMBROKE PINES, LLC, | |
| Debtor. | Case No. 24-12076 (CTG) |
| Tax ID No.:46-4442822 | |

| | |
|---|---|
| In re: | Chapter 11 |
| BH SAUCE, LLC, | Case No. 24-12065 (CTG) |
| Debtor. | |
| Tax ID No.: 27-1263163 | |

| | |
|---|---|
| In re: | Chapter 11 |
| BURGERFI ENTERPRISES, LLC, | Case No. 24-10233 (CTG) |
| Debtor. | |
| Tax ID No.: 36-4861770 | |

| | |
|---|---|
| In re: | Chapter 11 |
| BURGERFI MANAGEMENT SERVICES, LLC, | Case No. 24-12027 (CTG) |
| Debtor. | |
| Tax ID No.: 82-4197391 | |

| | |
|---|---|
| In re: | Chapter 11 |
| BURGERFI-DELRAY BEACH, LLC, | Case No. 24-12045 (CTG) |
| Debtor. | |
| Tax ID No.: 27-5132125 | |

**DEBTORS' MOTION FOR ENTRY OF AN**
**ORDER (I) DIRECTING JOINT ADMINISTRATION OF**
**CHAPTER 11 CASES AND (II) GRANTING RELATED RELIEF**

BurgerFi International, Inc. and its affiliated debtors and debtors in possession in the above-captioned cases (the "**Debtors**"), by and through their undersigned proposed counsel, hereby move for entry of an order, substantially in the form attached hereto as **Exhibit A** (i) directing joint administration of these chapter 11 cases; and (ii) granting related relief as more fully set forth herein. In support of this motion (the "**Motion**"), the Debtors rely on the *Declaration of Jeremy Rosenthal in Support of Chapter 11 Petitions and First Day Pleadings* (the "**First Day Declaration**"),[1] filed concurrently herewith, and respectfully represent as follows:

**JURISDICTION AND VENUE**

1.      The Court has jurisdiction over this matter pursuant to 28 U.S.C. § 1334(b) and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware, dated February 29, 2012. Pursuant to Rule 9013-1(f) of the Local Rules of Bankruptcy Practice and Procedure for the District of Delaware (the "**Local Rules**"), the Debtors confirm their consent to the entry of a final order by the Court in connection with this Motion to the extent that it is later determined that the Court, absent consent of the parties, cannot enter final orders or judgments in connection herewith consistent with Article III of the United States Constitution.

2.      Venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409. This matter is a core proceeding within the meaning of 28 U.S.C. § 157(b)(2).

3.      The statutory predicates for the relief requested herein are section 105(a) of title 11 of the United States Code (the "**Bankruptcy Code**"), Rule 1015(b) of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), and Local Rule 1015-1 and 9013-1(m).

---

[1]     Capitalized terms used but not defined herein have the meaning ascribed in the First Day Declaration.

## BACKGROUND

4.      On September 11, 2024 (the "**Petition Date**"), each Debtor filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code. The Debtors are operating their businesses and managing their properties as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code. No trustee, examiner, or official committee of unsecured creditors has been appointed in these chapter 11 cases.

5.      The Debtors develop, operate and franchise restaurants under the BurgerFi and Anthony's Coal Fired Pizza brands. BurgerFi provides a fast-casual, "better burger" experience using all-natural, high-quality ingredients in modern, eco-friendly restaurants, while Anthony's provides a premium-casual pizza and wing restaurant centered around a 900-degree coal-fired oven and fresh, never frozen, high-quality ingredients. As of the date hereof, the Debtors operate 67 restaurants, franchise another 77 restaurants, and employ more than 2,100 persons.

6.      Additional information regarding the Debtors, including their business operations, their corporate and capital structure, and the events leading to the filing of these chapter 11 cases, is set forth in the First Day Declaration and is incorporated herein by reference.

7.      There is substantial overlap with respect to the Debtors, including but not limited to ownership, similar creditors and vendors, officers, directors, and Board members. In light of this overlap, the Debtors believe that joint administration will avoid otherwise unnecessary and expensive duplication of effort and papers caused by preparing and serving the same creditors with multiple sets of differently captioned but otherwise identical papers. The relief proposed herein will enable the Debtors to avoid the substantial cost of preparation, filing, and serving duplicative motions in each proceeding, and the consequent burden on their estates and the Court.

8.      By jointly administering the Debtors' estates, creditors will receive appropriate notice of matters involving each of the Debtors, thereby ensuring that creditors are fully informed

of matters potentially affecting their claims. In short, joint administration of the Debtors' cases for procedural purposes only, including (i) combining the estates by using a single docket for administrative matters, including a listing of claims filed, and the filing, lodging, and docketing of pleadings and orders, (ii) the use of a single pleadings docket, (iii) the combining of notices to creditors and parties-in-interest of the different estates, (iv) the scheduling of hearings; (v) the financial reporting by the Debtors; (vi) the joint and several liability of the estates for administrative purposes; and (vii) the joint handling of other purely administrative matters will aid in expediting the cases and rendering the process substantially less costly, without prejudicing the substantive rights of any creditor.

## **RELIEF REQUESTED**

9.     The Debtors respectfully request entry of an order directing the joint administration of these chapter 11 cases for procedural purposes only and granting related relief.

10.     In furtherance of the foregoing, the Debtors request that the official caption to be used by all parties in all papers in the jointly administered cases be as follows:

---

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| BURGERFI INTERNATIONAL, INC., *et al.*,[1] | Case No. 24-12017 (CTG) |
| Debtors. | (Jointly Administered) |

---

[1]   A list of all Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, is available at https://cases.stretto.com/BFI. The Debtors' mailing address is 200 E Las Olas Blvd., Suite 1400, Fort Lauderdale, FL 33301.

---

11. The Debtors further request that the Court order that the foregoing caption satisfies the requirements set forth in section 342(c)(1) of the Bankruptcy Code.

12. The Debtors also request that a docket entry be entered on the docket of each of the jointly administered cases of the Debtors, substantially similar to the following:

> An order has been entered directing the procedural consolidation and joint administration of this bankruptcy case with the pending bankruptcy cases of affiliated debtors. The docket of Case No. 24-12017 should be consulted for all matters affecting this case.

## BASIS FOR RELIEF REQUESTED

13. Bankruptcy Rule 1015(b) provides, in pertinent part, that "[i]f . . . two or more petitions are pending in the same court by or against . . . a debtor and an affiliate, the court may order a joint administration of the estates." Fed. R. Bankr. P. 1015. The 115 Debtor entities are "affiliates" as that term is defined in section 101(2) of the Bankruptcy Code. Section 105(a) of the Bankruptcy Code empowers the Court to "issue any order, process, or judgment that is necessary or appropriate to carry out the provisions of [the Bankruptcy Code]." 11 U.S.C. § 105(a). Accordingly, the Bankruptcy Code and Bankruptcy Rules authorize the Court to grant the relief requested herein.

14. Further, Local Rule 1015-1 provides additional authority for the Court to order joint administration of these chapter 11 cases:

> An order of joint administration may be entered, without notice and an opportunity for hearing, upon the filing of a motion for joint administration pursuant to Fed. R. Bankr. P. 1015, supported by an affidavit, declaration or verification, which establishes that the joint administration of two or more cases pending in this Court under title 11 is warranted and will ease the administrative burden for the Court and the parties. An order of joint administration entered in accordance with this Local Rule may be reconsidered upon motion of any party in interest at any time. An order of joint administration under this Local Rule is for procedural purposes only and shall not cause a "substantive" consolidation of the respective debtors' estates.

Del. Bankr. L.R. 1015-1.

15.     Section 101(2) of the Bankruptcy Code defines "affiliate" to mean, among other things:

> (A) [an] entity that directly or indirectly owns, controls, or holds with power to vote, 20 percent or more of the outstanding voting securities of the debtor, other than an entity that holds such securities –
>
> (B) corporation 20 percent or more of whose outstanding voting securities are directly or indirectly owned, controlled, or held with power to vote, by the debtor, or by an entity that directly or indirectly owns, controls, or holds with power to vote, 20 percent or more of the outstanding voting securities of the debtor, other than an entity that holds such securities –

16.     As set forth in Collier on Bankruptcy, an order authorizing administration contemplates the following relief:

> 1)  combining the estates by using a single docket for administrative matters, including a listing of claims filed, and the filing, lodging and docketing of pleadings and orders;
>
> 2)  the combining of notices to creditors and parties-in-interest;
>
> 3)  the scheduling of hearings;
>
> 4)  financial reporting by the Debtors;
>
> 5)  the joint and several liability of the estates for administrative expenses; and
>
> 6)  the joint handling of other administrative matters.

See Collier on Bankruptcy, Forms 8.92-1, 8.92-4, and 8.92-5, reprinted on Collier on Bankruptcy 16th Ed. Rev. (2022).

17.     Joint administration is warranted in the Debtors' cases. The Debtors are "affiliates" of each other as that term is defined in section 101(2) of the Bankruptcy Code and as used in Bankruptcy Rule 1015(b). All of the Debtor entities are wholly owned subsidiaries of the ultimate parent, BurgerFi International, Inc., with the exception of UES NY BurgerFi, LLC (

"**UES**"), of which 20% is owned by JMBFI, LLC, an entity not affiliated with the Debtors, and

BF NY 82, LLC, which is wholly owned by UES. Based on this relationship, the Debtors plainly

are "related" and are "affiliate[s]" as those terms are used in the Bankruptcy Code. *See* 11 U.S.C.

§ 101(2).

18.     Joint administration is generally non-controversial, and courts in this jurisdiction

routinely order joint administration in cases with multiple related debtors. *See, e.g.*, *In re LL*

*Flooring Holdings, Inc.*, Case No. 24-11680 (BLS) (Bankr. D. Del. August 14, 2024) [Dkt. No.

66]; *In re One Table Restaurant Brands, LLC*, Case No. 24-11553 (KBO) (Bankr. D. Del. July 19,

2024) [Dkt. No. 46]; *In re Basic Fun, Inc.*, Case No. 24-11432 (CTG) (Bankr. D. Del. July 2, 2024)

[Dkt. No. 55]; *In re Optio RX, LLC*, Case No. 24-11188 (TMH) (Bankr. D. Del. June 7, 2024) [Dkt.

No.26]; *In re MRRC Hold Co.*, Case No. 24-11164 (CTG) (Bankr. Del. June 10, 2024) [Dkt. No.

43]; *In re Express, Inc.*, Case No. 24-10831 (KBO) (Bankr. D. Del. Apr. 23, 2024) [Dkt. No. 67];

*In re Unconditional Love, Inc.*, Case No. 23-11759 (MFW) (Bankr. D. Del. October 24, 2023) [Dkt.

No. 48]; *In re Olympia Sports Acquisitions, LLC*, No. 22-10853 (MFW) (Bankr. D. Del. Sept. 14,

2022) [Dkt. No. 47].

19.     Given the integrated nature of the Debtors' operations, joint administration of these

chapter 11 cases will provide significant administrative convenience without harming the

substantive rights of any party in interest. Joint administration will substantially reduce the costs

of administering the Debtors' cases and will serve to eliminate the inefficiency created by

maintaining separate dockets. The Debtors anticipate that numerous similar, if not identical,

applications, motions, and orders will be involved in the Debtors' cases. Joint administration will

avoid wasting resources that would result through duplication of effort if the cases involving the

Debtors were to proceed separately. The Debtors' creditors stand to benefit from the increased

efficiency of administration anticipated through joint administration because they will not be

required to review and separately respond to substantially similar motions, disclosure statements, and other pleadings that would otherwise be filed in separate cases. On the other hand, joint administration will permit the Debtors to respond more efficiently to the demands of their creditors, and will reduce attorneys' fees, copying costs, mailing costs, and costs of administering these cases.

20.     Moreover, through joint administration of the Debtors' cases, this Court and the Clerk's office will be relieved of the burden of having to file and maintain dockets and case files for each of the related cases. Furthermore, joint administration will allow the Office of the United States Trustee for the District of Delaware and all parties in interest to monitor these chapter 11 cases with greater ease and efficiency.

21.     Joint administration will not adversely affect the Debtors' respective constituencies because this motion seeks only administrative, not substantive, consolidation of the Debtors' estates. Parties in interest will not be harmed by the relief requested; instead, parties in interest will benefit from the cost reductions associated with the joint administration of these chapter 11 cases. For these reasons, the Debtors submit that the relief requested herein is in the best interest of the Debtors, their estates, creditors, stakeholders, and other parties in interest and, therefore, should be granted.

## **NOTICE**

22.     The Debtors will provide notice of this Motion to: (a) the Office of the United States Trustee for the District of Delaware; (b) the United States Securities and Exchange Commission; (c) the United States Attorney for the District of Delaware; (d) the attorneys general for all states in which the Debtors conduct business; (e) the Internal Revenue Service; (f) counsel for the Debtors' prepetition lenders; (g) the holders of the 50 largest claims against the Debtors on a consolidated basis; and (h) all parties that have requested notice pursuant to Bankruptcy Rule 2002.

Notice of this Motion and any order entered hereon will be served as required by Local Rule 9013-1(m). The Debtors respectfully submit that, in light of the nature of the relief requested, no further notice is necessary.

## CONCLUSION

WHEREFORE, the Debtors respectfully request that the Court enter an Order, in substantially the form attached hereto as **Exhibit A**, granting the relief requested herein and such other relief as the Court deems appropriate under the circumstances.

Dated: September 12, 2024
      Wilmington, Delaware

**RAINES FELDMAN LITTRELL LLP**

*/s/ Thomas J. Francella, Jr.*
Thomas J. Francella, Jr. (No. 3835)
1200 N. Broom Street
Wilmington, DE 19806
Telephone: (302) 772-5805
Email: tfrancella@raineslaw.com

- and -

Hamid R. Rafatjoo (*pro hac vice* pending)
Robert S. Marticello (*pro hac vice* pending)
1900 Avenue of the Stars, 19th Floor
Los Angeles, CA 90067
Telephone: (310) 440-4100
Email: hrafatjoo@raineslaw.com
      rmarticello@raineslaw.com

- and -

Carollynn H.G. Callari (*pro hac vice* pending)
David S. Forsh (*pro hac vice* pending)
1350 Avenue of the Americas, 22nd Floor
New York, NY 10019
Telephone: (917) 790-7109
Email: ccallari@raineslaw.com
      dforsh@raineslaw.com

*Proposed Counsel to the Debtors and Debtors in Possession*

**EXHIBIT A**

**Proposed Order**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| BURGERFI INTERNATIONAL, INC., | Case No. 24-12017 (CTG) |
| Debtor. | |
| Tax ID No.: 82-2418815 | |
| In re: | Chapter 11 |
| BURGERFI INTERNATIONAL, LLC, | Case No. 24-12018 (CTG) |
| Debtor. | |
| Tax ID No.: 46-0953478 | |
| In re: | Chapter 11 |
| BURGERFI IP, LLC, | Case No. 24-12019 (CTG) |
| Debtor. | |
| Tax ID No.: 85-3284434 | |
| In re: | Chapter 11 |
| BF RESTAURANT MANAGEMENT, LLC, | Case No. 24-12020 (CTG) |
| Debtor. | |
| Tax ID No.: 36-4832933 | |

1

| | |
|---|---|
| In re: | Chapter 11 |
| HOT AIR, INC., | Case No. 24-12021 (CTG) |
| Debtor. | |
| Tax ID No.: 47-5596389 | |

| | |
|---|---|
| In re: | Chapter 11 |
| PLASTIC TRIPOD, INC., | Case No. 24-12022 (CTG) |
| Debtor. | |
| Tax ID No.: 47-5609452 | |

| | |
|---|---|
| In re: | Chapter 11 |
| ACFP MANAGEMENT, INC., | Case No. 24-12023 (CTG) |
| Debtor. | |
| Tax ID No.: 45-4066305 | |

| | |
|---|---|
| In re: | Chapter 11 |
| ANTHONY'S PIZZA HOLDING COMPANY, LLC, | Case No. 24-12024 (CTG) |
| Debtor. | |
| Tax ID No.: 20-1394718 | |

| | |
|---|---|
| In re: | Chapter 11 |
| ACFP BOCA MGT, LLC, | Case No. 24-12106 (CTG) |
| Debtor. | |
| Tax ID No.: 47-1140845 | |

| | |
|---|---|
| In re: | Chapter 11 |
| ACFP/NYNJ VENTURES, LLC, | Case No. 24-12077 (CTG) |
| Debtor. | |
| 16247 | |
| Tax ID No.: 27-1516247 | |
| In re: | Chapter 11 |
| ANTHONY'S COAL FIRED PIZZA OF ALTAMONTE SPRINGS, LLC, | Case No. 24-12099 (CTG) |
| Debtor. | |
| Tax ID No.: 46-1942391 | |
| In re: | Chapter 11 |
| ANTHONY'S COAL FIRED PIZZA OF AVENTURA, LLC, | Case No. 24-12120 (CTG) |
| Debtor. | |
| Tax ID No.: 20-3455387 | |
| In re: | Chapter 11 |
| ANTHONY'S COAL FIRED PIZZA OF BETHESDA, LLC, | Case No. 24-12111 (CTG) |
| Debtor. | |
| Tax ID No.: 83-4507856 | |

| | |
|---|---|
| In re: | Chapter 11 |
| ANTHONY'S COAL FIRED PIZZA OF BLUE BELL, LLC, | Case No. 24-12091 (CTG) |
| Debtor. | |
| Tax ID No.: 47-4123290 | |
| In re: | Chapter 11 |
| ANTHONY'S COAL FIRED PIZZA OF BOCA RATON, LLC, | Case No. 24-12123 (CTG) |
| Debtor. | |
| Tax ID No.: 20-8026193 | |
| In re: | Chapter 11 |
| ANTHONY'S COAL FIRED PIZZA OF BOHEMIA, LLC, | Case No. 24-12079 (CTG) |
| Debtor. | |
| Tax ID No.: 46-1926175 | |
| In re: | Chapter 11 |
| ANTHONY'S COAL FIRED PIZZA OF BRANDON, LLC, | Case No. 24-12095 (CTG) |
| Debtor. | |
| Tax ID No.: 26-4027222 | |

4

| | |
|---|---|
| In re: | Chapter 11 |
| ANTHONY'S COAL FIRED PIZZA OF CARLE PLACE, LLC, | Case No. 24-12067 (CTG) |
| Debtor. | |
| Tax ID No.: 27-1516288 | |
| In re: | Chapter 11 |
| ANTHONY'S COAL FIRED PIZZA OF CLEARWATER, LLC, | Case No. 24-12090 (CTG) |
| Debtor. | |
| Tax ID No.: 26-4137629 | |
| In re: | Chapter 11 |
| ANTHONY'S COAL FIRED PIZZA OF CLIFTON, LLC, | Case No. 24-12121 (CTG) |
| Debtor. | |
| Tax ID No.: 27-4732272 | |
| In re: | Chapter 11 |
| ANTHONY'S COAL FIRED PIZZA OF COMMACK, LLC, | Case No. 24-12064 (CTG) |
| Debtor. | |
| Tax ID No.: 45-3774292 | |

5

| | |
|---|---|
| In re: | Chapter 11 |
| ANTHONY'S COAL FIRED PIZZA OF CORAL GABLES, LLC, | Case No. 24-12130 (CTG) |
| Debtor. | |
| Tax ID No.: 45-3959882 | |
| In re: | Chapter 11 |
| ANTHONY'S COAL FIRED PIZZA OF CORAL SPRINGS, LLC, | Case No. 24-12126 (CTG) |
| Debtor. | |
| Tax ID No.: 20-8596384 | |
| In re: | Chapter 11 |
| ANTHONY'S COAL FIRED PIZZA OF CRANBERRY, LLC, | Case No. 24-12048 (CTG) |
| Debtor. | |
| Tax ID No.: 46-0974651 | |
| In re: | Chapter 11 |
| ANTHONY'S COAL FIRED PIZZA OF CRANSTON, LLC, | Case No. 24-12097 (CTG) |
| Debtor. | |
| Tax ID No.: 81-2883582 | |

| | |
|---|---|
| In re:<br><br>ANTHONY'S COAL FIRED PIZZA OF DELRAY BEACH, LLC,<br><br>　　　　　　　Debtor.<br><br>Tax ID No.: 87-0792162 | Chapter 11<br><br>Case No. 24-12114 (CTG) |
| In re:<br><br>ANTHONY'S COAL FIRED PIZZA OF DORAL, LLC,<br><br>　　　　　　　Debtor.<br><br>Tax ID No.: 26-3570752 | Chapter 11<br><br>Case No. 24-12043 (CTG) |
| In re:<br><br>ANTHONY'S COAL FIRED PIZZA OF EAST BOCA, LLC,<br><br>　　　　　　　Debtor.<br><br>Tax ID No.: 47-1128350 | Chapter 11<br><br>Case No. 24-12103 (CTG) |
| In re:<br><br>ANTHONY'S COAL FIRED PIZZA OF EDISON, LLC,<br><br>　　　　　　　Debtor.<br><br>Tax ID No.: 27-2388884 | Chapter 11<br><br>Case No. 24-12122 (CTG) |

7

| | |
|---|---|
| In re: | Chapter 11 |
| ANTHONY'S COAL FIRED PIZZA OF EXTON, LLC, | Case No. 24-12062 (CTG) |
| Debtor. | |
| Tax ID No.: 46-1969327 | |

| | |
|---|---|
| In re: | Chapter 11 |
| ANTHONY'S COAL FIRED PIZZA OF FAIR LAWN, LLC, | Case No. 24-12050 (CTG) |
| Debtor. | |
| Tax ID No.: 46-2185237 | |

| | |
|---|---|
| In re: | Chapter 11 |
| ANTHONY'S COAL FIRED PIZZA OF HORSHAM, LLC, | Case No. 24-12066 (CTG) |
| Debtor. | |
| Tax ID No.: 27-0701366 | |

| | |
|---|---|
| In re: | Chapter 11 |
| ANTHONY'S COAL FIRED PIZZA OF KENDALL, LLC, | Case No. 24-12080 (CTG) |
| Debtor. | |
| Tax ID No.: 27-1297269 | |

| | |
|---|---|
| In re: | Chapter 11 |
| ANTHONY'S COAL FIRED PIZZA OF LITTLETON, LLC, | Case No. 24-12116 (CTG) |
| Debtor. | |
| Tax ID No.: 47-5513524 | |
| In re: | Chapter 11 |
| ANTHONY'S COAL FIRED PIZZA OF LIVINGSTON, LLC, | Case No. 24-12124 (CTG) |
| Debtor. | |
| Tax ID No.: 46-4546606 | |
| In re: | Chapter 11 |
| ANTHONY'S COAL FIRED PIZZA OF MARLBORO, LLC, | Case No. 24-12052 (CTG) |
| Debtor. | |
| Tax ID No.: 47-2070554 | |
| In re: | Chapter 11 |
| ANTHONY'S COAL FIRED PIZZA OF MCMURRAY, LLC, | Case No. 24-12055 (CTG) |
| Debtor. | |
| Tax ID No.: 46-1963000 | |

| | |
|---|---|
| In re:<br><br>ANTHONY'S COAL FIRED PIZZA OF<br>MIAMI LAKES, LLC,<br><br>Debtor.<br><br>Tax ID No.: 26-4594950 | Chapter 11<br><br>Case No. 24-12072 (CTG) |
| In re:<br><br>ANTHONY'S COAL FIRED PIZZA OF<br>MIRAMAR, LLC,<br><br>Debtor.<br><br>Tax ID No.: 47-3895218 | Chapter 11<br><br>Case No. 2412113 (CTG) |
| In re:<br><br>ANTHONY'S COAL-FIRED PIZZA OF<br>MONROEVILLE, LLC,<br><br>Debtor.<br><br>Tax ID No.: 27-4557328 | Chapter 11<br><br>Case No. 24-12081 (CTG) |
| In re:<br><br>ANTHONY'S COAL FIRED PIZZA OF<br>MOUNT LAUREL, LLC,<br><br>Debtor.<br><br>Tax ID No.: 47-4770727 | Chapter 11<br><br>Case No. 24-12054 (CTG) |

10

| | |
|---|---|
| In re: | Chapter 11 |
| ANTHONY'S COAL FIRED PIZZA OF NATICK, LLC, | Case No. 24-12102 (CTG) |
| Debtor. | |
| Tax ID No.: 82-1565656 | |
| In re: | Chapter 11 |
| ANTHONY'S COAL FIRED PIZZA OF NORTH LAUDERDALE, LLC, | Case No. 24-12109 (CTG) |
| Debtor. | |
| Tax ID No.: 47-1329159 | |
| In re: | Chapter 11 |
| ANTHONY'S COAL FIRED PIZZA OF NORTH MIAMI, LLC, | Case No. 24-12112 (CTG) |
| Debtor. | |
| Tax ID No.: 47-2677481 | |
| In re: | Chapter 11 |
| ANTHONY'S COAL FIRED PIZZA OF NORTH TAMPA, LLC, | Case No. 24-12086 (CTG) |
| Debtor. | |
| Tax ID No.: 26-3287139 | |

| | |
|---|---|
| In re: | Chapter 11 |
| ANTHONY'S COAL FIRED PIZZA OF PALM BEACH GARDENS, LLC, | Case No. 24-12129 (CTG) |
| Debtor. | |
| Tax ID No.: 20-8026150 | |
| In re: | Chapter 11 |
| ANTHONY'S COAL FIRED PIZZA OF PEMBROKE PINES, LLC, | Case No. 24-12127 (CTG) |
| Debtor. | |
| Tax ID No.: 20-1247511 | |
| In re: | Chapter 11 |
| ANTHONY'S COAL FIRED PIZZA OF PIKE CREEK, LLC, | Case No. 24-12115 (CTG) |
| Debtor. | |
| Tax ID No.: 27-3527832 | |
| In re: | Chapter 11 |
| ANTHONY'S COAL FIRED PIZZA OF PINECREST, LLC, | Case No. 24-12046 (CTG) |
| Debtor. | |
| Tax ID No.: 26-3537186 | |

| | |
|---|---|
| In re: | Chapter 11 |
| ANTHONY'S COAL FIRED PIZZA OF PLANTATION, LLC, | Case No. 24-12132 (CTG) |
| Debtor. | |
| Tax ID No.: 20-4488438 | |
| In re: | Chapter 11 |
| ANTHONY'S COAL FIRED PIZZA OF RAMSEY, LLC, | Case No. 24-12125 (CTG) |
| Debtor. | |
| Tax ID No.: 27-2303567 | |
| In re: | Chapter 11 |
| ANTHONY'S COAL FIRED PIZZA OF READING, LLC, | Case No. 24-12119 (CTG) |
| Debtor. | |
| Tax ID No.: 47-3330663 | |
| In re: | Chapter 11 |
| ANTHONY'S COAL FIRED PIZZA OF SAND LAKE, LLC, | Case No. 24-12092 (CTG) |
| Debtor. | |
| Tax ID No.: 26-4097230 | |

13

| | |
|---|---|
| In re:<br><br>ANTHONY'S COAL-FIRED PIZZA OF SETTLER'S RIDGE, LLC,<br><br>          Debtor.<br><br>Tax ID No.: 27-4557334 | Chapter 11<br><br>Case No. 24-12083 (CTG) |
| In re:<br><br>ANTHONY'S COAL FIRED PIZZA OF SOUTH TAMPA, LLC,<br><br>          Debtor.<br><br>Tax ID No.: 45-2492495 | Chapter 11<br><br>Case No. 24-12040 (CTG) |
| In re:<br><br>ANTHONY'S COAL FIRED PIZZA OF SPRINGFIELD, LLC,<br><br>          Debtor.<br><br>Tax ID No.: 84-3790170 | Chapter 11<br><br>Case No. 24-12059 (CTG) |
| In re:<br><br>ANTHONY'S COAL FIRED PIZZA OF STUART, LLC,<br><br>          Debtor.<br><br>Tax ID No.: 26-3039884 | Chapter 11<br><br>Case No. 24-12128 (CTG) |

| | |
|---|---|
| In re:<br><br>ANTHONY'S COAL FIRED PIZZA OF TREXLERTOWN, LLC,<br><br>           Debtor.<br><br>Tax ID No.: 47-3819614 | Chapter 11<br><br>Case No. 24-12088 (CTG) |
| In re:<br><br>ANTHONY'S COAL FIRED PIZZA OF WANTAGH, LLC,<br><br>           Debtor.<br><br>Tax ID No.:45-4681073 | Chapter 11<br><br>Case No. 24-12074 (CTG) |
| In re:<br><br>ANTHONY'S COAL FIRED PIZZA OF WAYNE NJ, LLC,<br><br>           Debtor.<br><br>Tax ID No.: 46-3164099 | Chapter 11<br><br>Case No. 24-12051 (CTG) |
| In re:<br><br>ANTHONY'S COAL FIRED PIZZA OF WAYNE, LLC,<br><br>           Debtor.<br><br>Tax ID No.: 27-1293655 | Chapter 11<br><br>Case No. 24-12069 (CTG) |

15

| | |
|---|---|
| In re: | Chapter 11 |
| ANTHONY'S COAL FIRED PIZZA OF WELLINGTON, LLC, | Case No. 24-12061 (CTG) |
| Debtor. | |
| Tax ID No.: 26-3035608 | |
| In re: | Chapter 11 |
| ANTHONY'S COAL FIRED PIZZA OF WEST PALM BEACH, LLC, | Case No. 24-12108 (CTG) |
| Debtor. | |
| Tax ID No.: 84-2173426 | |
| In re: | Chapter 11 |
| ANTHONY'S COAL FIRED PIZZA OF WESTON, LLC, | Case No. 24-12135 (CTG) |
| Debtor. | |
| Tax ID No.: 20-1371497 | |
| In re: | Chapter 11 |
| ANTHONY'S COAL FIRED PIZZA OF WESTWOOD, LLC, | Case No. 24-12118 (CTG) |
| Debtor. | |
| Tax ID No.: 46-5429147 | |

| | |
|---|---|
| In re: | Chapter 11 |
| ANTHONY'S COAL FIRED PIZZA OF WILMINGTON, LLC, | Case No. 24-12117 (CTG) |
| Debtor. | |
| Tax ID No.: 26-4741197 | |
| In re: | Chapter 11 |
| ANTHONY'S COAL FIRED PIZZA OF WOODBURY, LLC, | Case No. 24-12070 (CTG) |
| Debtor. | |
| Tax ID No.: 27-4857767 | |
| In re: | Chapter 11 |
| ANTHONY'S COAL FIRED PIZZA OF WYNNEWOOD, LLC, | Case No. 24-12084 (CTG) |
| Debtor. | |
| Tax ID No.: 47-3790206 | |
| In re: | Chapter 11 |
| ANTHONY'S COAL FIRED PIZZA OF WYOMISSING, LLC, | Case No. 24-12075 (CTG) |
| Debtor. | |
| Tax ID No.: 46-2010365 | |

| | |
|---|---|
| In re:<br><br>ANTHONY'S COAL FIRED PIZZA, LLC,<br><br>              Debtor.<br><br>Tax ID No.: 60-0000840 | Chapter 11<br><br>Case No. 24-12133 (CTG) |
| In re:<br><br>ANTHONY'S SPORTS BAR AND GRILL, LLC,<br><br>              Debtor.<br><br>Tax ID No.: 20-4488523 | Chapter 11<br><br>Case No. 24-12134 (CTG) |
| In re:<br><br>BF ALTAMONTE SPRINGS, LLC,<br><br>              Debtor.<br><br>Tax ID No.: 46-1942391 | Chapter 11<br><br>Case No. 24-12036 (CTG) |
| In re:<br><br>BF ATLANTA-PERIMETER MARKETPLACE, LLC,<br><br>              Debtor.<br><br>Tax ID No.: 86-1448563 | Chapter 11<br><br>Case No. 24-12098 (CTG) |

| | |
|---|---|
| In re:<br><br>BF BOCA RATON, LLC,<br><br>               Debtor.<br><br>Tax ID No.: 84-2144364 | Chapter 11<br><br>Case No. 24-12096 (CTG) |
| In re:<br><br>BF BOCA RATON-BOCA POINTE, LLC,<br><br>               Debtor.<br><br>Tax ID No.: 84-4685740 | Chapter 11<br><br>Case No. 24-12094 (CTG) |
| In re:<br><br>BF CITY PLACE – WEST PALM BEACH, LLC,<br><br>               Debtor.<br><br>Tax ID No.: 46-2624391 | Chapter 11<br><br>Case No. 24-12044 (CTG) |
| In re:<br><br>BF COMMACK, LLC,<br><br>               Debtor.<br><br>Tax ID No.:47-5655911 | Chapter 11<br><br>Case No. 24-12057 (CTG) |
| In re:<br><br>BF CORAL SPRINGS, LLC,<br><br>               Debtor.<br><br>Tax ID No.: 46-2017126 | Chapter 11<br><br>Case No. 24-12038 (CTG) |

| | |
|---|---|
| In re: | Chapter 11 |
| BF DANIA BEACH, LLC, | Case No. 24-12089 (CTG) |
| Debtor. | |
| Tax ID No.: 83-3401264 | |

| | |
|---|---|
| In re: | Chapter 11 |
| BF DELRAY-LINTON, LLC, | Case No. 24-12085 (CTG) |
| Debtor. | |
| Tax ID No.: 82-3327699 | |

| | |
|---|---|
| In re: | Chapter 11 |
| BF FOOD TRUCK, LLC, | Case No. 24-12060 (CTG) |
| Debtor. | |
| Tax ID No.: 85-4271362 | |

| | |
|---|---|
| In re: | Chapter 11 |
| BF FORT MYERS-DANIELS, LLC, | Case No. 24-12093 (CTG) |
| Debtor. | |
| Tax ID No.: 84-2108168 | |

| | |
|---|---|
| In re: | Chapter 11 |
| BF HALLANDALE BEACH, LLC, | Case No. 24-12100 (CTG) |
| Debtor. | |
| Tax ID No.: 93-3630479 | |

20

| | |
|---|---|
| In re: | Chapter 11 |
| BF HENDERSONVILLE, LLC, | Case No. 24-12041 (CTG) |
| Debtor. | |
| Tax ID No.: 86-2876589 | |

| | |
|---|---|
| In re: | Chapter 11 |
| BF HERMITAGE, LLC, | Case No. 24-12042 (CTG) |
| Debtor. | |
| Tax ID No.: 87-3206617 | |

| | |
|---|---|
| In re: | Chapter 11 |
| BF JACKSONVILLE RIVERSIDE, LLC, | Case No. 24-12082 (CTG) |
| Debtor. | |
| Tax ID No.: 82-4869837 | |

| | |
|---|---|
| In re: | Chapter 11 |
| BF JACKSONVILLE TOWN CENTER, LLC, | Case No. 24-12078 (CTG) |
| Debtor. | |
| Tax ID No.: 82-4851902 | |

| | |
|---|---|
| In re: | Chapter 11 |
| BF JUPITER-INDIANTOWN, LLC, | Case No. 24-12105 (CTG) |
| Debtor. | |
| Tax ID No.: 85-2319458 | |

21

| | |
|---|---|
| In re: | Chapter 11 |
| BF LBTS, LLC, | Case No. 24-12071 (CTG) |
| Debtor. | |
| Tax ID No.: 61-1788597 | |

| | |
|---|---|
| In re: | Chapter 11 |
| BF MIAMI BEACH-COLLINS, LLC, | Case No. 24-12101 (CTG) |
| Debtor. | |
| Tax ID No.: 93-3629314 | |

| | |
|---|---|
| In re: | Chapter 11 |
| BF MIAMI BEACH-MERIDIAN, LLC, | Case No. 24-12029 (CTG) |
| Debtor. | |
| Tax ID No.: 85-4350042 | |

| | |
|---|---|
| In re: | Chapter 11 |
| BF MIAMI LAKES, LLC, | Case No. 24- 12030 (CTG) |
| Debtor. | |
| Tax ID No.: 24-4594950 | |

| | |
|---|---|
| In re: | Chapter 11 |
| BF MIRAMAR, LLC, | Case No. 24-12031 (CTG) |
| Debtor. | |
| Tax ID No.: 85-1551242 | |

22

| | |
|---|---|
| In re: | Chapter 11 |
| BF NAPLES IMMOKALEE, LLC, | Case No. 24-12047 (CTG) |
| Debtor. | |
| Tax ID No.: 83-3202908 | |

| | |
|---|---|
| In re: | Chapter 11 |
| BF NAPLES TAMIAMI, LLC, | Case No. 24-12049 (CTG) |
| Debtor. | |
| Tax ID No.: 83-3185611 | |

| | |
|---|---|
| In re: | Chapter 11 |
| BF NEPTUNE BEACH, LLC, | Case No. 24-12110 (CTG) |
| Debtor. | |
| Tax ID No.: 85-3575388 | |

| | |
|---|---|
| In re: | Chapter 11 |
| BF NY 82, LLC, | Case No. 24-12058 (CTG) |
| Debtor. | |
| Tax ID No.: 46-1216193 | |

| | |
|---|---|
| In re: | Chapter 11 |
| BF ODESSA, LLC, | Case No. 24-12032 (CTG) |
| Debtor. | |
| Tax ID No.:86-1244281 | |

| | |
|---|---|
| In re: | Chapter 11 |
| BF ORLANDO-DR. PHILLIPS, LLC, | Case No. 24-12028 (CTG) |
| Debtor. | |
| Tax ID No.: 86-1179684 | |

| | |
|---|---|
| In re: | Chapter 11 |
| BF PBG, LLC, | Case No. 24-12104 (CTG) |
| Debtor. | |
| Tax ID No.: 84-4449124 | |

| | |
|---|---|
| In re: | Chapter 11 |
| BF PEMBROKE PINES, LLC, | Case No. 24-12073 (CTG) |
| Debtor. | |
| Tax ID No.: 46-4442822 | |

| | |
|---|---|
| In re: | Chapter 11 |
| BF PINES CITY CENTER, LLC, | Case No. 24-12087 (CTG) |
| Debtor. | |
| Tax ID No.: 81-4957933 | |

| | |
|---|---|
| In re: | Chapter 11 |
| BF SECAUCUS, LLC, | Case No. 24-12056 (CTG) |
| Debtor. | |
| Tax ID No.: 47-5586858 | |

| | |
|---|---|
| In re: | Chapter 11 |
| BF TALLAHASSEE VARSITY, LLC, | Case No. 24-12039 (CTG) |
| Debtor. | |
| Tax ID No.: 87-1912536 | |

| | |
|---|---|
| In re: | Chapter 11 |
| BF TAMPA BAY, LLC, | Case No. 24-12034 (CTG) |
| Debtor. | |
| Tax ID No.: 86-2101656 | |

| | |
|---|---|
| In re: | Chapter 11 |
| BF TAMPA-CHANNELSIDE, LLC, | Case No. 24-12035 (CTG) |
| Debtor. | |
| Tax ID No.: 86-1591211 | |

| | |
|---|---|
| In re: | Chapter 11 |
| BF TAMPA-WESTCHASE, LLC, | Case No. 24-12037 (CTG) |
| Debtor. | |
| Tax ID No.: 86-2847832 | |

| | |
|---|---|
| In re: | Chapter 11 |
| BF WELLINGTON, LLC, | Case No. 24-12107 (CTG) |
| Debtor. | |
| Tax ID No.: 85-311022 | |

| | |
|---|---|
| In re:<br><br>BF WEST DELRAY, LLC,<br><br>           Debtor.<br><br>Tax ID No.: 47-5139965 | Chapter 11<br><br>Case No. 24-12068 (CTG) |
| In re:<br><br>BGM PEMBROKE PINES, LLC,<br><br>           Debtor.<br><br>Tax ID No.:46-4442822 | Chapter 11<br><br>Case No. 24-12076 (CTG) |
| In re:<br><br>BH SAUCE, LLC,<br><br>           Debtor.<br><br>Tax ID No.: 27-1263163 | Chapter 11<br><br>Case No. 24-12065 (CTG) |
| In re:<br><br>BURGERFI ENTERPRISES, LLC,<br><br>           Debtor.<br><br>Tax ID No.: 36-4861770 | Chapter 11<br><br>Case No. 24-10233 (CTG) |
| In re:<br><br>BURGERFI MANAGEMENT SERVICES, LLC,<br><br>           Debtor.<br><br>Tax ID No.: 82-4197391 | Chapter 11<br><br>Case No. 24-12027 (CTG) |

| | |
|---|---|
| In re: | Chapter 11 |
| BURGERFI-DELRAY BEACH, LLC, | Case No. 24-12045 (CTG) |
| Debtor. | |
| Tax ID No.: 27-5132125 | |

## ORDER (I) DIRECTING JOINT ADMINISTRATION
## OF CHAPTER 11 CASES AND (II) GRANTING RELATED RELIEF

Upon the motion (the "**Motion**")[1] of the Debtors for entry of an order (this "**Order**") directing the joint administration of the Debtors' chapter 11 cases for procedural purposes only and granting related relief, all as more fully set forth in the Motion; and upon the First Day Declaration; and this Court having jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware, dated February 29, 2012; and that this Court may enter a final order consistent with Article III of the United States Constitution; and this Court having found that venue of this proceeding and the Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and this Court having found that the Debtors' notice of the Motion and opportunity for a hearing on the Motion were appropriate under the circumstances and no other notice need be provided; and this Court having reviewed the Motion and having heard the statements in support of the relief requested therein at a hearing before this Court (the "**Hearing**"); and this Court having determined that the legal and factual bases set forth in the Motion and at the Hearing establish just cause for the relief granted herein; and upon all of the proceedings had before this Court; and after due deliberation and sufficient cause appearing therefor,

---

[1] Capitalized terms used but not defined herein have the meanings ascribed in the Motion.

27

**IT IS HEREBY ORDERED** that:

1.      The Motion is **GRANTED** as set forth herein.

2.      The above-captioned chapter 11 cases are consolidated for procedural purposes only and shall be jointly administered under Case No. 24-12017.

3.      The Debtors shall maintain, and the Clerk of the United States Bankruptcy Court for the District of Delaware shall keep, one consolidated docket, one file, and one consolidated service list for these chapter 11 cases.

4.      The caption of the jointly administered cases shall read as follows:

---

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| BURGERFI INTERNATIONAL, INC., *et al.*,[1] | Case No. 24-12017 (CTG) |
| Debtors. | (Jointly Administered) |

[1]   A list of all Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, is available at https://cases.stretto.com/BFI. The Debtors' mailing address is 200 E Las Olas Blvd., Suite 1400, Fort Lauderdale, FL 33301.

---

5.      The foregoing caption satisfies the requirements of section 342(c)(1) of the Bankruptcy Code.

6.      The Clerk of the Court shall make a separate docket entry on each of the dockets of each Debtor, other than that of BurgerFi International, Inc., substantially similar to the following to reflect the joint administration of these chapter 11 cases:

> An order has been entered directing the procedural consolidation
> and joint administration of this bankruptcy case with the pending
> bankruptcy cases of affiliated debtors.  The docket of Case No. 24-
> 12017 (CTG) should be consulted for all matters affecting this case.

7.      Nothing contained in the Motion, or this Order shall be deemed or construed as

directing or otherwise effecting a substantive consolidation of these chapter 11 cases. This Order

shall be without prejudice to the rights of the Debtors to seek entry of an order substantively

consolidating their respective cases.

8.      The terms of and conditions of this Order are immediately effective and enforceable

upon its entry.

9.      The Debtors are authorized to take all actions necessary to effectuate the relief

granted in this Order in accordance with the Motion.

10.      The Court retains jurisdiction with respect to all matters arising from or related to

the implementation, interpretation, and enforcement of this Order.