## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| BURGERFI INTERNATIONAL, INC., *et al.*,[1] | Case No. 24-12017 (CTG) |
| Debtors. | (Jointly Administered) |
| | **Hearing Date: November 6, 2024, at 10:00 a.m. (ET)**<br>**Objection Deadline: October 30, 2024, at 4:00 p.m. (ET)** |

## AMENDED NOTICE OF DEBTORS' MOTION TO ESTABLISH DEADLINES FOR FILING PROOFS OF CLAIM AND APPROVING THE FORM AND MANNER OF NOTICE THEREOF

**PLEASE TAKE NOTICE** that on October 16, 2024, the debtors and debtors in possession in the above-captioned cases (the "**Debtors**") filed the *Debtors' Motion to Establish Deadlines for Filing Proofs of Claim and Approving the Form and Manner of Notice Thereof* [Docket No. 183] (the "**Motion**").

**PLEASE TAKE FURTHER NOTICE** that responses or objections, if any, to the Motion must be filed with the United States Bankruptcy Court for the District of Delaware and served on or before **October 30, 2024 at 4:00 p.m. (ET)** (the "**Objection Deadline**").

**PLEASE TAKE FURTHER NOTICE** that a hearing on the Motion will be held on **November 6, 2024, at 10:00 a.m. (ET)** (the "**Hearing Date**") before the Honorable Craig T. Goldblatt, United States Bankruptcy Judge, at the Bankruptcy Court, 824 Market Street, 3rd Floor, Courtroom No. 7, Wilmington, Delaware 19801.

---

[1] The last four digits of the tax identification number of BurgerFi International, Inc. and of Anthony's Pizza Holding Company, LLC are 8815 and 4718, respectively. A list of all Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, is available at https://cases.stretto.com/BFI. The Debtors' mailing address is 200 E Las Olas Blvd., Suite 1400, Fort Lauderdale, FL 33301.

1

**PLEASE TAKE FURTHER NOTICE THAT IF YOU FAIL TO PROPERLY FILE AND SERVE A RESPONSE ON OR BEFORE THE OBJECTION DEADLINE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE MOTION WITHOUT FURTHER NOTICE OR HEARING.**

Dated: October 16, 2024
       Wilmington, Delaware

**RAINES FELDMAN LITTRELL LLP**

*/s/ Thomas J. Francella, Jr.*
Thomas J. Francella, Jr. (No. 3835)
Mark W. Eckard (No. 4542)
1200 N. Broom Street
Wilmington, DE 19806
Telephone: (302) 772-5805
Email: tfrancella@raineslaw.com
      meckard@raineslaw.com

- and -

Hamid R. Rafatjoo (*pro hac vice*)
Robert S. Marticello (*pro hac vice*)
1900 Avenue of the Stars, 19th Floor
Los Angeles, CA 90067
Telephone: (310) 440-4100
Email: hrafatjoo@raineslaw.com
      rmarticello@raineslaw.com

- and -

Carollynn H.G. Callari (*pro hac vice*)
David S. Forsh (*pro hac vice*)
1350 Avenue of the Americas, 22nd Floor
New York, NY 10019
Telephone: (917) 790-7109
Email: ccallari@raineslaw.com
      dforsh@raineslaw.com

*Proposed Counsel to the Debtors and Debtors in Possession*